**UNITED STATES of America, Respondent-Appellee.**

**No. 71–2640**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 17, 1971.

**In the Matter of METER MAID INDUSTRIES, INC., et al., Bankrupt.**

**NATIONAL INDUSTRIAL BANK OF MIAMI, Appellant,**

v.

**Edward H. LEVIN, as Trustee for Meter Maid Industries, Inc., et al., Appellee.**

**No. 71–2532**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 17, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

*Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

**348**

Robert R. Frank, Frank, Strelkow & Marx, Miami Beach, Fla., for appellant.

John L. Britton, Feibelman, Friedman, Britton & Stettin, Miami, Fla., for appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]